704 A.2d 1067

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Anthony J. POPECK, Respondent.**

**No. 384, Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 10, 1998.

*ORDER*

PER CURIAM.

AND NOW, this 10th day of February, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board dated November 17, 1997, it is hereby

ORDERED that ANTHONY J. POPECK, be and he is SUSPENDED from the Bar of this Commonwealth for a period of five (5) years, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.